UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DERRICK DOTSON, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　vs. )<br>　　　　　　　　　　　　　　　　)<br>AT&T SERVICES, INC., )<br>　　　　Defendant. ) | 1:10-cv-1175-LJM-DML |

## ENTRY OF JUDGMENT

Through an order dated July 16, 2012, the Court granted summary judgment in favor of Defendant, AT&T Services, Inc., and against Plaintiff, Derrick Dotson, on all of Mr. Dotson's claims. Plaintiff shall take nothing by way of his complaint. Judgment is entered accordingly.

DATED this 16th day of July, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana


LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
　　　Deputy Clerk


Distribution attached.

Distribution to:

Laura A. Lindner
LITTLER MENDELSON, P.C.
llindner@littler.com

Brian Lee Mosby
LITTLER MENDELSON, P.C.
bmosby@littler.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com

Case 1:10-cv-01175-LJM-DML   Document 56   Filed 07/16/12   Page 2 of 2 PageID #: 544